WM. J. AUSTIN *vs.* HARDY DEAN and Wife.

This is a case of the same kind, and the same order will be made.